# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06MJ25 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KIMBERLY THIEM, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Drew H. Kouris to withdraw as counsel for the defendant, Kimberly Thiem [7].  Since retained counsel, Lawrence G. Whelan, has entered an appearance for the defendant [6], the motion to withdraw [7] is granted.  Drew H. Kouris shall be deemed withdrawn as attorney of record and shall forthwith provide Lawrence G. Whelan with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Kouris which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 21st day of March, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge